1  STEVEN G. KALAR
   Federal Public Defender
2  Robert M. Carlin
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant CENTURION-CRUZ
6

FILED

OCT 24 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,       )   No. CR-12-mj-70951-HRL
                                    )
12              Plaintiff,           )   STIPULATION TO CONTINUE
                                    )   PRELIMINARY HEARING;
13  vs.                              )   [~~PROPOSED~~] ORDER
                                    )
14  JOSE ALBERTO CENTURION-CRUZ,    )
                                    )
15              Defendant.           )
                                    )
16  _____)

17                        [~~PROPOSED~~] ORDER

18      1. Mr. Centurion has been charged in a criminal complaint with possession of child

19  pornography, in violation of 18 U.S.C. § 2252 (A)(4)(b).

20      2. A preliminary hearing before this Honorable Court has been scheduled for October

21  25, 2012, at 1:30 p.m.

22      3. Mr. Centurion's case was recently reassigned and new counsel needs time to review

23  the discovery materials and to meet and to discuss the case with Mr. Centurion.

24      4. There is good cause for the requested continuance, and the "ends of justice" served by

25  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

26
   STIPULATION TO CONTINUE HEARING;
   [PROPOSED] ORDER
   CASE NO. CR 12-mj-70951-HRL              3

1  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from October 25 to November 26, 2012, is
2  excluded pursuant to section § 3161 (h)(7)(A).
3      5. The preliminary hearing in this matter shall be continued from October 25 to
4  November 26, 2012.
5      IT IS SO ORDERED.
6
7  DATED: __10/24/12__
8                                              _____
                                                HONORABLE HOWARD R. LLOYD
                                                United States Magistrate Judge

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CASE NO. CR 12-mj-70951-HRL                 4